IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2095-H

| | |
|---|---|
| CORNELIUS TUCKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on Petitioner's motion for leave to amend and his motion for recusal of the undersigned. This action was dismissed by order of the court dated July 9, 2007. After reviewing Petitioner's current motions, the court finds no basis to grant either of them. Accordingly, Petitioner's motion to amend and his motion for recusal are DENIED.

SO ORDERED this 19th day of October 2007.

MALCOLM J. HOWARD
Senior United States District Judge

nem